No. 82, Misc. WONG SUN ET AL. *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. Case transferred to appellate docket. *Sol A. Abrams* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 256. UNITED STATES *v.* PATRICK ET AL. C. A. 4th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *Harold C. Wilkenfeld* for the United States.

No. 88. TERMINAL CONSTRUCTION Co., INC., ET AL. *v.* METRO INDUSTRIAL PAINTING CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Sidney O. Raphael* and *Leo M. Drachsler* for petitioners. *David Morgulas* for respondents.

No. 99. MORRISON-KNUDSEN Co., INC., *v.* O'LEARY, DEPUTY COMMISSIONER, ET AL. C. A. 9th Cir. Certiorari denied. *Kenneth E. Roberts* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondents.